UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JANICE QUELLO,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>        Defendant. | CASE NO.   C06-5533 FDB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION REVERSING COMMISSIONER AND REMANDING FOR FURTHER PROCEEDINGS |

      This matter comes before the Court on the Report and Recommendation of the Magistrate Judge that the decision of the Commissioner determining Ms Quello to not be disabled be reversed and the matter be remanded to the Commissioner for further administrative proceedings.  The Commissioner has not filed objections to the Report and Recommendation

      The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The ALJ erred in his decision as described in the report;

    (3)    The matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings in accordance with the findings contained in the Report and Recommendation.

ORDER
Page - 1

(4)     The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 6th day of April, 2007.

                                              FRANKLIN D. BURGESS
                                              UNITED STATES DISTRICT JUDGE