# United States District Court

WESTERN DISTRICT OF WASHINGTON

JANICE QUELLO

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5533FDB

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED


The Court adopts the Report and Recommendation;

The ALJ erred in his decision as described in the report; and

The matter is REVERSED and remanded to the Commissioner for further administrative proceedings in accordance with the findings contained in the Report and Recommendation.


   April 9, 2007                                                                  BRUCE RIFKIN
Date                                                                                         Clerk


                                                                              *s/Caroline M. Gonzalez*
                                                                              Deputy Clerk