# United States District Court

WESTERN DISTRICT OF WASHINGTON

JANICE QUELLO

      v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C06-5533FDB

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's motion for an award of costs and attorney's fees [Dkt. #17] is **GRANTED, AS MODIFIED.** Costs in the amount of $350.00, expenses in the amount of $14.64, and attorney's fees in the amount of $4,959.77 are awarded to Plaintiff.

| May 29, 2007 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                                 *s/Caroline M. Gonzalez*
                                                 Deputy Clerk